United States District Court
for the
Southern District of Florida

| | |
|---|---|
| ADIDAS AG, and others, Plaintiffs,<br><br>v.<br><br>The Individuals, Business Entities,<br>And Unincorporated Associations<br>Identified on Schedule A, Defendants. | Civil Action No. 23-61085-Civ-Scola |

**Order Adopting Report and Recommendations and Final Default Judgment and Permanent Injunction Against Defendants**

The Court referred Plaintiffs adidas AG, adidas International Marketing B.V., and adidas America, Inc.'s motion for final default judgment (ECF No. 45) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. Judge Goodman issued his report, recommending that the Court grant the Plaintiffs' motion. (Rep. & Rec., ECF No. 47.) None of the parties has objected and the time to do so has passed. Despite the lack of objections, the Court has nonetheless made a de novo review of the report, finds it cogent and compelling, and **adopts** it in its entirety (**ECF No. 47**). The Court thus **grants** the Plaintiffs' motion for final default judgment (**ECF No. 45**), awarding damages and entering injunctive relief as set forth below.

Judgment is hereby entered in favor of the Plaintiffs adidas AG, adidas International Marketing B.V., and adidas America, Inc., and against the Defendants, the individuals, business entities, or unincorporated associations identified on Schedule "A" attached hereto (collectively "Defendants"), on all counts of the Amended Complaint as follows:

1. **Jurisdiction**

This Judgment is subject to the jurisdictional constraints of the Lanham Act. *See Steele v. Bulova Watch Co.*, 344 U.S. 280 (1952); *Int'l Café, S.A.L. v. Hard Rock Café Int'l (U.S.A.), Inc.*, 252 F.3d 1274, 1278–79 (11th Cir. 2001).

2. **Permanent Injunctive Relief:**

The Court adopts Judge Goodman's recommendation that the Court permanently restrain and enjoin the Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert

or participation with them from:

 a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using the Plaintiffs' trademarks identified in Paragraph 18 of the Amended Complaint (the "adidas Marks");

 b. using the adidas Marks in connection with the sale of any unauthorized goods;

 c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiffs;

 d. falsely representing themselves as being connected with the Plaintiffs, through sponsorship or association;

 e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with the Plaintiffs;

 f. using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants;

 g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants as being those of the Plaintiffs or in any way endorsed by the Plaintiffs and from offering such goods in commerce;

 h. otherwise unfairly competing with the Plaintiffs;

 i. using the adidas Marks, or any confusingly similar trademarks, on e-commerce marketplace websites, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or

cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, seller identities, private messaging accounts, and/or Internet businesses registered by, owned, or operated by the Defendants; and

j.  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

3. **Additional Equitable Relief:**

The Court also adopts Judge Goodman's recommendation that the Court award the Plaintiffs the following equitable relief:

a.  Upon Plaintiffs' request, any Internet marketplace website operators and/or administrators for the e-commerce stores operating under the seller names identified on Schedule "A" ("E-commerce Store Names"), shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of the adidas Marks via the e-commerce stores operating under the E-commerce Store Names, and any other listings and images of goods bearing and/or using counterfeits and/or infringements of the adidas Marks associated with or linked to the same sellers or linked to any other alias seller identification names, e-commerce stores, or user names being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of the adidas Marks; and

b.  Upon Plaintiffs' request, Defendants and any Internet marketplace operators and/or administrators, who are in possession, custody, or control of Defendants' goods bearing and/or using one or more of the adidas Marks, shall permanently cease fulfillment of and sequester those goods, and surrender those goods to Plaintiffs.

4. **Statutory damages:**

The Court adopts Judge Goodman's recommendation that the Court award the Plaintiffs, pursuant to 15 U.S.C. § 1117(c), **$100,000.00** against each Defendant, for which let execution issue, based upon Judge Goodman's finding that each Defendant infringed at least one trademark on one type of good.  The Court has considered both the willfulness of each Defendant's

conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

### 5. Restrained Funds:

All funds currently restrained or held on account for all the Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including, but not limited to, PayPal, Inc. ("PayPal"), Amazon Payments, Inc. ("Amazon"), Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Worldpay US, Inc. ("Worldpay"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, eBay Commerce, Inc. ("eBay"), and their related companies and affiliates, are to be immediately (within five business days) transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and by the Defendants, to the Plaintiffs and/or the Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal, Amazon, AliExpress, Ant Financial Services, AliPay, Worldpay, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, eBay, and their related companies and affiliates shall provide to the Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to the Plaintiffs.

### 6. Interest:

Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

### 7. Bond:

The Court **directs the Clerk to release** from the Court's registry, the $10,000.00 bond posted by the Plaintiffs (ECF No. 13), along with the interest payable on the principal amount, payable to Stephen M. Gaffigan, P.A, as counsel for the Plaintiffs.

The Clerk is directed to **close** this case. Any other pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida, on January 29, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

SCHEDULE "A"
DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,
FINANCIAL ACCOUNT INFORMATION, INFRINGING PRODUCT
NUMBER, ADDITIONAL MEANS OF CONTACT, ADDITIONAL USERNAME,
BUSINESS NAME, AND E-MAIL ADDRESS

| Defendant Number | Defendant / E-commerce Store Name | Financial Account Information: PayPal Account / Merchant ID / Store Number | Infringing Product Number / Additional Means of Contact | Additional Username / Business Name / E-mail Address |
|---|---|---|---|---|
| 1 | Hkitmart | A3FYZGO1FC4HHZ | B0BR1Z7V1X | Guangzhoumiuxishangmaoyouxiangongsi 13824433455@163.com |
| 2 | HolyBranch | A12J1OM3KAKQT8 | B0BRV534Q7 | Xixianxinqukonggangxinchengrupingsibaihuodian lsz58529@outlook.com |
| 3 | JiNanJiaLeFuZhuangJingYingYouXianGongSi | AUUL1JXI1P8T1 | B0BRQ4TCKC | JiNanJiaLeFuZhuangJingYingYouXianGongSi weikej3604@163.com |
| 4 | xurui123 | A2OEKPU4GEC9TA | B0BS1633GQ | Chengmairuizhenledianzishangwuyouxiangongsi ia162m@163.com |
| 5 | BOOSILI DISCOUNT Store | 1101295765 | 3256801516842038 | |
| 6 | Dark Sunflower Store | 1102170554 | 3256804513181337 | |
| 7 | doomache Store | 1101481394 | 3256801374563201 | |
| 8 | maidehaoa Store | 1101925677 | 3256804197044450 | |
| 9 | MENG-JIAN Store | 1101902724 | 3256804155531724 | |
| 10 | MICO LIAN Clothes Store | 1101680848 | 3256804573224749 | |
| 11 | QNPQYX Official Store | 1101447008 | 3256803894381491 | |
| 12 | Shop1102529175 Store | 1102530163 | 3256804988055071 | |
| 13 | STSVZORR Store | 1101776824 | 3256804455958868 | |

| 14 | SULWEGP First Store | 1101917769 | 3256804130360122 | |
| 15 | TOPINEUP Liftstyle Store | 1100745612 | 3256804530853995 | |
| 16 | a699588 | 21540148 | 799340151 | |
| 17 | aggressiveshoes a/k/a DHgate Golden Suppliers | 21693677 | 717344766 | 3440196878@qq.com |
| 18 | air_shoes2021 | 21612101 | 728006962 | fastshippingstore@163.com |
| 19 | air_sneakers a/k/a nmd shoes | 21226965 | 694652314 | 2474231898@qq.com |
| 20 | airdunk | 21626092 | 674222574 | xch2511228@163.com |
| 21 | ajdiowqjhu | 21633645 | 704729682 | airdunksb@163.com |
| 22 | angel66688 | 21854205 | 828476653 | 565164480@qq.com |
| 23 | aorsi a/k/a okoog | 21611813 | 675288672 | d1612388214@126.com |
| 24 | apfz88 | 21838579 | 807671071 | shoesalon8@163.com |
| 25 | ascription11 | 21845357 | 813654527 | 2251070752@qq.com |
| 26 | bag_story | 21834205 | 806837032 | 1392955477@qq.com |
| 27 | bai03 | 21599833 | 647420573 | a13950760138@163.com |
| 28 | bassabet2021 | 21634478 | 738805928 | dhszf01@126.com |
| 29 | bestonebag616 | 21792652 | 809215922 | m16561116426@163.com |
| 30 | biyulv3704 | 21731928 | 808884417 | bestonebag616@163.com |
| 31 | blue_shoes | 21699454 | 725160588 | w16613773704@163.com |
| 32 | brand_sneaker | 21185095 | 578661246 | gettting@163.com |
| 33 | chen19731010 | 21213507 | 791283609 | 326362564@qq.com |
| 34 | children2018 a/k/a Newest Sneakers | 20979653 | 738657438 | 502224507@qq.com |
| 35 | chx825 | 21678398 | 807787468 | 539863531@qq.com |
| 36 | cintura | 21857765 | 838696128 | 526103761@qq.com |
| 37 | cnosme | 21711225 | 724915506 | 2622697803@qq.com |
| 38 | cong02 | 21614684 | 619445871 | sge00642@163.com |
| 39 | designer__handbags a/k/a designer handbags | 21275000 | 779344831 | dhszf03@126.com |
| 40 | designer_clothing77 | 21837105 | 809667712 | 1561999807@qq.com |
| 41 | designerbrandshoes77 | 21632915 | 706876556 | 240468893@qq.com |

| 42 | designermenclothing2 | 21562145 | 719274557 | 369670128@qq.com |
| --- | --- | --- | --- | --- |
| 43 | dou01 | 21599462 | 651228691 | 3556886023@qq.com |
| 44 | drop_shipping_shop a/k/a TN plus | 21204726 | 472576059 | dhszc01@126.com |
| 45 | eightshose | 21576904 | 807899917 | sneakerfactory@qq.com |
| 46 | fantasyhangbag | 21849387 | 822251736 | 1337748382@qq.com |
| 47 | fashionbagbags018 | 21669847 | 779201458 | jcfgv447@163.com |
| 48 | fashionbrand_bag | 21704220 | 807162039 | fashionbagbag018@163.com |
| 49 | fashiondesigner99 | 21831756 | 802583889 | 2719631174@qq.com |
| 50 | fengzhigu | 21061143 | 768723399 | 1139798454@qq.com |
| 51 | fensige | 21609176 | 694337887 | 33069742@qq.com |
| 52 | footlockersale a/k/a Factory footwear | 20515925 | 753209985 | fensige2020@163.com |
| 53 | goodseling a/k/a DH Flight Club | 21419912 | 718769183 | 516402208@qq.com |
| 54 | haojie030 | 21825568 | 791019707 | shoestars@163.com |
| 55 | haoyunlai718 | 21546200 | 641225778 | 424580260@qq.com |
| 56 | hello5839 | 21803684 | 786254930 | 3044794231@qq.com |
| 57 | huang131968 | 21731401 | 819843666 | 2903515275@qq.com |
| 58 | huikai888 | 21774234 | 825748514 | xly131968@163.com |
| 59 | jony88 | 21844140 | 840059859 | 3534700370@qq.com |
| 60 | kellance | 21821712 | 787089235 | 814705813@qq.com |
| 61 | kukufasion | 21815945 | 806844358 | tang@tgooy.com |
| 62 | la0175 | 21821281 | 818366637 | chengjing2352@126.com |
| 63 | lfsm18 | 21757934 | 833436412 | 2378431563@qq.com |
| 64 | lindaswimsuit a/k/a Linda s Top Fashion | 21670370 | 797121888 | 118625600455@163.com |
| 65 | lovedeal | 14497949 | 790709726 | 3154496998@qq.com |
| 66 | lsf1451 | 20148762 | 453759540 | lovedeal0828@hotmail.com |
| 67 | lu01 | 21599587 | 636207735 | lsf1451@163.com |
| 68 | lubags | 21766861 | 782114599 | dhsyy01@126.com |
| 69 | luckycc_shop | 21855253 | 838767026 | asoius@163.com |
| 70 | luo05 | 21540548 | 651924783 | lsnbjjy@163.com |
| 71 | luxurybag_supplier | 21274610 | 776592799 | dhyugou@126.com |
| 72 | mangoe_sports_seller a/k/a jumpman 4 | 21710842 | 754039103 | hx789_m@163.com |
| 73 | market_outdoo a/k/a 700 V3 Azael | 21204927 | 496200538 | 107035569@qq.com |

| 74 | marksunshine1988 | 20431888 | 800850043 | 326362564@qq.com |
| --- | --- | --- | --- | --- |
| 75 | masterxiao88 | 21857223 | 832936127 | marksunshine1988@163.com |
| 76 | medusa789 | 21703658 | 791240312 | 420734801@qq.com |
| 77 | mens_shoes_2021 | 21426567 | 595975160 | 2418817737@qq.com |
| 78 | myfavoriteshoes | 20407552 | 734853070 | 2775157822@qq.com |
| 79 | noi_store | 21702715 | 717259285 | 2112993086@qq.com |
| 80 | offs_store98 a/k/a Famous brand men's wear | 21789831 | 820188568 | 2832150058@qq.com |
| 81 | ogmine | 21595232 | 623923229 | 864204597@qq.com |
| 82 | ottie a/k/aTn TN | 15905979 | 779420540 | ogod_88@163.com |
| 83 | peanutoil | 21084200 | 773258654 | 27896838@qq.com |
| 84 | pink_totes | 21848825 | 825193510 | askkit@163.com |
| 85 | qifei07 | 21860035 | 834847042 | iwp616821@163.com |
| 86 | scarfcap | 21720004 | 817950588 | yunxin2026@sina.com |
| 87 | shoe_vip | 21558521 | 631273477 | 1447920338@qq.com |
| 88 | shylie777 | 21855242 | 826083937 | vip_dhgate@163.com |
| 89 | skycloud5204381 | 21740550 | 838271869 | 972061203@qq.com |
| 90 | sneakers2020 a/k/a retro sneakers | 21033472 | 442472964 | 1027290305@qq.com |
| 91 | sts_012 | 21756774 | 778730424 | safsdfgfdhy@163.com |
| 92 | suits1 | 21783593 | 800470968 | 1034570288@qq.com |
| 93 | superleo2012 | 19912864 | 736166913 | zhu574907832@qq.com |
| 94 | supervipsupplier | 21785422 | 802073762 | 775176328@qq.com |
| 95 | themaxshoe a/k/a Soccer boots | 21008816 | 422070017 | lemon05942022@163.com |
| 96 | wanmeiclothing | 21842360 | 811984663 | 1103284184@qq.com |
| 97 | wholesaleshoes2016 a/k/a hot sneakers | 20366154 | 398841646 | 3534940334@qq.com |
| 98 | www_nikestore_com | 21824561 | 810537496 | gfyegfuyreg@163.com |
| 99 | xiehaimei1 a/k/a Luxuryclothes2022 | 21816614 | 797592830 | nikstore@126.com |
| 100 | xu625990 | 21094995 | 782991227 | 2495542524@qq.com |
| 101 | zxyu | 20720869 | 808002013 | 1310366907@qq.com |
| 102 | zyl8338 | 21209720 | 816843282 | 563773634@qq.com |
| 103 | freekickstore | Transaction No.: 1Y89205250661884B | 225331475663 | mag5oninstagram@gmail.com |

| 104 | wakucc | Transaction No.: 4WE571786Y0037746 | 394398873367 | Kunmingwakudianzishangwuyouxiangongsi nicoojosuar9@outlook.com |
| --- | --- | --- | --- | --- |
| 105 | xiongxi | Transaction No.: 2EU74621UW693960N | 165857770031 | Kunmingxiongxikongshangmaoyouxiangongsi kulfadhram0@outlook.com |
| 106 | yaqout | Transaction No.: 9KG59078N6265743A | 225342976988 | Brahikb brahimikbane124@gmail.com |
| 107 | Chinese Manufacturer | 385647255@qq.com 954362590@qq.com | Whatsapp: +86 18150446604 423894453@qq.com | 小☐ ☐ 385647255 水明 周 954362590 |
| 108 | Ms. Han | 13386923130@139.com | Whatsapp: +86 13225093887 | 春婷 翟 13386923130 |
| 109 | Pier | jodi1633@163.com 1493349303@qq.com | Whatsapp +852 61979529 | ☐ ☐ 刘 JODI1633 ☐ ☐ 郭 1493349303 |